# ROCKY TOP
## WRECKER SERVICE

№ 1361

PHONE 931-924-8510 • FAX 931-924-8503
508 FORSITE AVE • MONTEAGLE, TN 37356
**24/7 TOWING**

| CUSTOMER | WERNER | | |
|---|---|---|---|
| P.O. # | | CALL NUMBER | |
| CUSTOMER ODOMETER | UNIT# 63947 | DATE 2-18-2016 | |
| MAKE FRT | MODEL | YEAR 2015 | TIME BEGIN / TIME END |
| TAG# W15587NE | DRIVER Larry L | CLASS C | |
| VIN# 3AKJGLD5KFSGB8565 | | | |

PICKED UP: LOT ACROSS FROM PILOT

LOCATION DELIVERED TO: WINCH OUT ONLY

ADDITIONAL SERVICES:

No charges due to damage to truck caused by wrecker Driver

DRIVELINE REPLACEMENT
REMOVAL
STORAGE
TAX
TOTAL

Authorized By: X


EXHIBIT D