UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PROGRESSIVE HAWAII INSURANCE CORP., | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) No: 4:17-cv-49 ) |
| ROCKY TOP WRECKER SERVICE, PLLC, MONTEAGLE WRECKER SERVICE, LLC, RODNEY KILGORE, CASSIE KILGORE, LARRY LAYNE, ASTRALEASE ASSOCIATES, INC, SIGNATURE FINANCIAL, LLC, LEMUEL JONES, and GEICO CASUALTY COMPANY, | ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

## NOTICE OF DISMISSAL OF ASTRALEASE ASSOCIATES, INC. and SIGNATURE FINANCIAL, LLC.

Comes the Plaintiff, through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby dismisses Astralease Associates, Inc. and Signature Financial, LLC without prejudice. Upon information and belief, these parties have been dismissed from the underlying state court matter and are no longer necessary parties to this cause of action.

Respectfully submitted,

**FEENEY & MURRAY, PC**

By: /s/ John Thomas Feeney
 John Thomas Feeney
 BPRN 11482
 Attorney for Plaintiff
 P.O. Box 198685
 Nashville, Tennessee 37219-8685
 (615) 242-3700

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded by **via U. S. Mail, postage prepaid** to:

> Martin Shell
> Attorney for Astralease Associates, Inc.
> and Signature Financial, LLC.
> 11 Broadway, Suite 615
> New York, NY 10004
>
> Monteagle Wrecker Service
> 801 Dixie Lee Ave.
> Monteagle, TN 37356
>
> Rocky Top Wrecker Service PLLC
> 508 Forsite Ave.
> Monteagle, TN 37356
>
> Cassie Kilgore
> 508 Forsite Ave.
> Monteagle, TN 37356
>
> Rodney Kilgore
> 801 Dixie Lee Ave.
> Monteagle, TN 37356
>
> Larry Layne
> 92 Second Street
> Monteagle, TN 37356
>
> Lemuel Jones
> 1925 Hildred Street
> Jennings, MO 63136

and through the Court's ECF electronic mail service upon:

> Mark S. LeVan
> Attorney for GEICO Insurance
> 201 Fourth Avenue, North, Suite 1500
> Nashville, TN 37219

This the 27th day of October, 2017.

> **/s/ John Thomas Feeney**
> **John Thomas Feeney**