# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **PROGRESSIVE HAWAII INSURANCE CORP.,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) No: 4:17-cv-49<br>) |
| **ROCKY TOP WRECKER SERVICE, PLLC, MONTEAGLE WRECKER SERVICE, LLC, RODNEY KILGORE, CASSIE KILGORE, LARRY LAYNE, ASTRALEASE ASSOCIATES, INC, SIGNATURE FINANCIAL, LLC, LEMUEL JONES, and GEICO CASUALTY COMPANY,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Progressive Hawaii Insurance Corp. voluntarily dismisses this action without prejudice. This dismissal is filed because the underlying state court litigation has been voluntarily dismissed.

**Respectfully submitted,**

| **FEENEY & MURRAY, P.C.** | **LeVAN, SPRADER, PATTON & PLYMIRE** |
|---|---|
| */s/ John Thomas Feeney*_____ | */s/ Mark S. LeVan*_____ |
| **John Thomas Feeney** | **Mark S. LeVan** |
| BPRN 11482 | BPRN 12155 |
| *Attorneys for Plaintiff* | *Attorneys for GEICO* |
| 424 Church Street, Suite 2230 | 201 Fourth Avenue North, Suite 1500 |
| P.O. Box 198685 | Nashville, Tennessee 37219 |
| Nashville, Tennessee 37219 | (615) 843-0300 |
| (615) 242-3700 | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded by **via U. S. Mail, postage prepaid** to:

>Monteagle Wrecker Service
>801 Dixie Lee Ave.
>Monteagle, TN 37356
>
>Rocky Top Wrecker Service PLLC
>508 Forsite Ave.
>Monteagle, TN 37356
>
>Cassie Kilgore
>508 Forsite Ave.
>Monteagle, TN 37356
>
>Rodney Kilgore
>801 Dixie Lee Ave.
>Monteagle, TN 37356
>
>Larry Layne
>92 Second Street
>Monteagle, TN 37356
>
>Lemuel Jones
>1925 Hildred Street
>Jennings, MO 63136

and through the Court's ECF electronic mail service upon:

>Mark S. LeVan
>Attorney for GEICO Insurance
>201 Fourth Avenue, North, Suite 1500
>Nashville, TN 37219

This the 22nd day of December, 2017.

>**/s/ John Thomas Feeney**
>**John Thomas Feeney**